FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0502

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0502

_____

CHARLIE'S WIN, LLC, a Wyoming limited
liability company,

      Plaintiff and Appellee,

    v.

GALLATIN WEST RANCH HOMEOWNERS'
ASSOCIATION, INC., a Montana non-profit
corporation,

      Defendant and Appellant.

_____

              O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter Ohman, District Judge.

              For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025